Certificate Number: 05781-IAS-DE-041229087

Bankruptcy Case Number: 26-00839



05781-IAS-DE-041229087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 7:42 o'clock PM PDT, Raul Espinoza completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date: July 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President